UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WINDWARD BORA LLC,

                     Plaintiff,
    -against-

IBRAHIM TEKIN, et al.

                     Defendants.
-------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
18-CV-6912 (DRH)(ARL)

      Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated August 19, 2020, recommending that the Court grant plaintiff's motion for a default judgment of foreclosure and sale against all defendants and that as against defendant Tekin plaintiff be awarded the principal sum of $46,918.75, interest from June 2, 2014 to January 28, 2020 in the amount of $35,324.60, plus $17.35 per day in interest from January 28, 2020 to the date of entry of the order, for a total award before the per diem interest of $82,243.35. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Therefore, the Court adopts the August 19, 2020 Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

    **IT IS HEREBY ORDERED** that plaintiff's motion for a default judgment and judgment of foreclosure and sale against defendants is granted and as against defendant Ibrahim Tekin plaintiff is awarded the principal sum of $46,918.75, interest from June 2, 2014 to January 28,

2020 in the amount of $35,324.60, plus $17.35 per day in interest from January 28, 2020 to the date of entry of the order, for a total award before the per diem interest of $82,243.35, plus post judgment interest pursuant to 28 U.S.C. § 1961(a). The Court will this day enter a Judgment of Foreclosure and Sale consistent herewith.

Dated: Central Islip, N.Y.
      September 10, 2020                      /s/  Denis R. Hurley
                                                      Denis R. Hurley
                                                      United States District Judge